CLERKS OFFICE U.S. DIST. COURT
AT ABINGDON, VA
FILED
November 13, 2024
LAURA A. AUSTIN, CLERK
BY: s/ FELICIA CLARK
       DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA

| | |
|---|---|
| **TAMARA DAWN BAKER,** | )<br>) |
| Plaintiff, | )<br>)  Case No. 1:24CV00007 |
| v. | )<br>)  **ORDER**<br>) |
| **MARTIN J. O'MALLEY,**<br>**COMMISSIONER OF**<br>**SOCIAL SECURITY,** | )  JUDGE JAMES P. JONES<br>)<br>)<br>) |
| Defendant. | ) |

It appearing that no objections have been timely filed to the Report filed October 7, 2024, setting forth the findings and recommendations of the magistrate judge, it is **ORDERED** that the Report and its findings and recommendations are wholly ACCEPTED and APPROVED, and a final judgment will be entered herewith.

ENTER: November 13, 2024

/s/  JAMES P. JONES
Senior United States District Judge