CLERKS OFFICE U.S. DIST. COURT
AT ABINGDON, VA
FILED

November 13, 2024

LAURA A. AUSTIN, CLERK
BY: s/ FELICIA CLARK
DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA

| | | |
|---|---|---|
| **TAMARA DAWN BAKER,** | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 1:24CV00007 |
| | ) | |
| v. | ) | **JUDGMENT** |
| | ) | |
| **MARTIN J. O'MALLEY,** | ) | JUDGE JAMES P. JONES |
| **COMMISSIONER OF** | ) | |
| **SOCIAL SECURITY,** | ) | |
| | ) | |
| Defendant. | ) | |

It appearing proper, it is **ORDERED AND ADJUDGED** that the final decision of the Commissioner of Social Security denying benefits is AFFIRMED.

The Clerk shall close the case.

ENTER: November 13, 2024

/s/ JAMES P. JONES
Senior United States District Judge